Jamie M. Evans, WSB 38182
Attorney for Plaintiff
Evans & Evans, PC
610 SW Broadway, Suite 405, Portland, OR 97205
Ph.: 503-200-2723; Fax: 503-200-2701
Jamie@evans-evans.com

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| Andrea J. Sumner,<br><br>    Plaintiff,<br><br>vs.<br><br>Commissioner, Social Security Administration.<br><br>    Defendant. | Case No. 3:17-cv-00083- TC<br><br>**ORDER FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |

It is hereby ORDERED that attorney fees in the amount of $6,922.90 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, § 2412(d).

The parties agree that attorney fees and costs in the total amount of $6,922.90 will be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, Jamie Evans: 610 SW Broadway, Suite 405, Portland, OR 97205. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and

EXHIBIT C (PROPOSED ORDER)—PLAINTIFF'S STIPULATION
FOR FEES AND COSTS UNDER THE EQUAL ACCESS TO
JUSTICE ACT - 1

JAMIE EVANS
Evans & Evans, PC
610 SW Broadway, Suite 405
Portland, OR 97205
Ph. 503-200-2723/F.503-200-2701

mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this 6 day of April, 2018.

_____
Magistrate Judge Thomas Coffin

Proposed Order Submitted: April 3, 2018

 /s/ Jamie M. Evans 
Jamie M. Evans, OSB # 117064
Attorney for Plaintiff
Evans & Evans, PC
Ph.: 503-200-2723
Fax: 503-200-2701
Jamie@evans-evans.com

EXHIBIT C (PROPOSED ORDER)—PLAINTIFF'S STIPULATION
FOR FEES AND COSTS UNDER THE EQUAL ACCESS TO
JUSTICE ACT - 2

JAMIE EVANS
Evans & Evans, PC
610 SW Broadway, Suite 405
Portland, OR 97205
Ph. 503-200-2723/F.503-200-2701